FIDELITY BANK AND TRUST COMPANY, A BANKING CORPOR-
ATION, *Plaintiff in Error*, v. J. F. JAUDON AND P. B.
JAUDON, CO-PARTNERS TRADING AND DOING BUSINESS
UNDER THE FIRM NAME AND STYLE OF JAUDON BROTHERS,
*Defendants in Error*.

### Division B.

Decision Filed June 13, 1924.

A Writ of Error to the Circuit Court within and for
Dade County, D. J. Jones, Judge.

*Gramling & Clarkson*, for Plaintiff in Error.

*G. C. McClure* and *Taylor & Taylor*, for Defendants in
Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment aforesaid and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the court being now advised of its judgment
to be given in the premises, it seems to the court that there
is no error in the said judgment; it is, therefore, con-
sidered, ordered and adjudged by the court that the said
judgment of the circuit court be, and the same is hereby
affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.